# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132346

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 132346
COA: 272827
Macomb CC: 05-001774-FC

ADAM ANTHONY CIARAMITARO,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

p0122